IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MIGUEL TRUJILLO,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-3968

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed November 3, 2015.

An appeal from an order of the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Miguel Trujillo, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

RAY, OSTERHAUS, AND WINOKUR, JJ., CONCUR